[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13026
Non-Argument Calendar

_____

D.C. Docket No. 1:13-cr-00052-WS-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

YVONNE WILEY HALL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(February 28, 2018)

Before TJOFLAT, NEWSOM and HULL, Circuit Judges.

PER CURIAM:

William Hughes, appointed counsel for Yvonne Hall in this criminal appeal,

has moved to withdraw from further representation of the appellant and filed a

brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hall's sentence imposed upon revocation of supervised release is **AFFIRMED**.